# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IFRAH ADAM AHMED,**<br><br>      **Plaintiff,**<br><br> vs.<br><br>**KIKA SCOTT, acting director of the U.S. Citizen and Immigration Services; and KRISTI NOEM, Secretary of the Department of Homeland Security;**<br><br>      **Defendants.** | **4:24CV3135**<br><br>**ORDER** |

  **IT IS ORDERED** that the motion for substitution of counsel (Filing No. 17) is granted and Timothy R. Hook is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Timothy R. Hook in this case.

  Dated this 9th day of April, 2025.

                     BY THE COURT:

                     s/Michael D. Nelson
                     United States Magistrate Judge